1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF, THE EXTRADITION OF RONALD BAUTISTA GERONIMO, AND MARIA ROSARIO "JINKY" ABELEDA GERONIMO | No. 05-MC-00042 LKK KJM<br><br>GOVERNMENT'S MOTION TO DISMISS COMPLAINT AS TO RONALD BAUTISTA GERONIMO AND; MARIA ROSARIO "JINKY" ABELEDA GERONIMO; and ORDER |

Plaintiff, The United States of America, by and through its undersigned attorneys, hereby applies to the Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for leave to dismiss without prejudice the Complaint filed on March 3, 2005, as to defendants Ronald Bautista Geronimo and Maria Rosario "Jinky" Abeleda Geronimo. This Complaint was filed on behalf of the Government of the Philippines pursuant to the Extradition Treaty of 1996 for the extradition of the defendants. On June 16, 2005, the defendants executed Affidavits of Consent to Extradition and have since been extradited to the Philippines. Accordingly, the government moves, pursuant to Rule 48a, to dismiss the Complaint without prejudice as to Ronald Bautista Geronimo and Maria Rosario

///

1

```
 1  "Jinky" Abeleda Geronimo, in order the Court may close its files in
 2  the this matter.
 3  DATED: August 29, 2005            McGREGOR W. SCOTT
                                      United States Attorney
 4
 5                                    By:/s/ Robin R. Taylor
                                         ROBIN R. TAYLOR
 6                                       Assistant U.S. Attorney
 7
 8  _____
                                      ORDER
 9
         IT IS SO ORDERED.
10
    DATED: September 2, 2005.         /s/Lawrence K. Karlton
11                                    HONORABLE LAWRENCE K. KARLTON
                                      United States District Judge
```